**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: I.M.R., AN ALLEGED      :   No. 89 MM 2023
INCAPACITATED PERSON         :
                                      :
                                      :
PETITION OF: WILLIAM CARDWELL    :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 6th day of November, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.